[No. 32954-9-II.   Division Two.   January 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TRACY LORRAINE ROSS, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 03-1-00234-7, George L. Wood, J., entered February 11, 2005. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Van Deren, J.

[No. 33171-3-II.   Division Two.   January 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL GLAVE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-00795-1, Brian M. Tollefson, J., entered April 22, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Van Deren, J.

[No. 33876-9-II.   Division Two.   January 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY EUGENE HADDON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 04-1-01522-4, Stephen M. Warning, J., entered September 29, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Penoyar, JJ.

[No. 34006-2-II.   Division Two.   January 30, 2007.]

GARY PARDEE, *Respondent*, v. WILLIS JOLLY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-06289-0, Katherine M. Stolz, J., entered October 31, 2005. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Van Deren, J.